**FREEMAN MATHIS & GARY, LLP**
Sharon C. Collier (SBN 203450)
Sharon.Collier@fmglaw.com
Nathaniel L. Dunn (SBN 255661)
Nate.Dunn@fmglaw.com
1850 Mt. Diablo Blvd., Suite 510
Walnut Creek, CA 94596
Telephone: (925) 210-2283

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA RODRIGUEZ,<br><br>Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 10,<br><br>Defendants. | Case No.: 4:26-cv-10024-YGR<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REMANDING CASE TO STATE COURT** |

Plaintiff MARIA RODRIGUEZ ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") hereby stipulate and agree to the entry of an order from this Court remanding the Superior Court of California, in and for Alameda County.

**RECITALS**

WHEREAS, Plaintiff originally filed her Complaint in the Superior Court of California, in and for the County of Alameda, on June 12, 2026;

WHEREAS, on September 8, 2026, Defendant filed a Notice of Removal with this Court based on diversity jurisdiction;

WHEREAS, counsel for Plaintiff and Defendant (collectively, "Parties") have met and conferred regarding the issues of whether the case should be remanded back to the Superior Court, and as a result of those discussions have agreed the case should be remanded;

WHEREAS, the Parties hereby stipulate that the amount at issue does not meet the Court's jurisdictional threshold of $75,000 required for federal diversity jurisdiction;

THEREFORE, the Parties hereto stipulate and agree to the following:

**STIPULATION**

1. The Parties stipulate that Plaintiff's recoverable damages do not exceed $75,000, and any damages to be awarded to Plaintiff in these proceedings, whether in federal or state court, shall not exceed $75,000.

2. The Parties stipulate for the Court to Order that this action be remanded back to the Superior Court of California, in and for the County of Alameda, with all future proceedings to be carried out in Alameda County Superior Court Case No. 26CV193769.

3. The Parties shall bear their own costs and attorney's fees associated with the removal of this action to the Northern District of California, and remand back to the Superior Court of California.

Dated: 9/24/2026

FREEMAN MATHIS & GARY

By: ______________________
Nathaniel L. Dunn
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION;

Dated: 09/09/2026

LAW OFFICES OF BRIAN L. LARSEN

By: ______________________
Joseph Lee
Attorneys for Plaintiff
MARIA RODRIGUEZ

///

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation set forth above, it is hereby ordered that this action is hereby remanded to the Superior Court of California, in and for the Alameda County, with all future proceedings to be carried out in Alameda County Superior Court Case No. 26CV193769. The Parties shall bear their own costs and attorney's fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29, 2026

HON. YVONNE GONZALEZ ROGERS
CHIEF DISTRICT JUDGE